IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff, | § | |
| v. | § | 3:08-CV-0194-M |
| | § | ECF |
| 2000 MERCEDES S430, VIN | § | |
| WDBNG70JOYA000670, *in rem*, | § | |
| Defendant *In Rem*, | § | |
| and | § | |
| | § | |
| DARREN L. REAGAN and JACQUELINE | § | |
| ERVIN, | § | |
| Claimants. | § | |

## ORDER ACCEPTING THE FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

On April 13, 2009, United States Magistrate Judge Paul D. Stickney made Findings, Conclusions, and a Recommendation on Claimant Darren L. Reagan's Request to Grant Motion for Summary Judgment and Motion to Continue ("Motion," doc. 34), filed April 13, 2009. The District Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge with respect to the denial of the Motion, but the Court notes that the Motion was additionally rendered moot by subsequent matters.

**SO ORDERED** this 29th day of March, 2010.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS