IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff, | § | |
| v. | § | 3:08-CV-0194-M |
| | § | ECF |
| 2000 MERCEDES S430, VIN | § | |
| WDBNG70JOYA000670, *in rem*, | § | |
| Defendant *In Rem*, | § | |
| and | § | |
| | § | |
| DARREN L. REAGAN and JACQUELINE | § | |
| ERVIN, | § | |
| Claimants. | § | |

## ORDER ACCEPTING THE FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Paul D. Stickney on Jacqueline Ervin's Letter/Motion (doc. 52) and Motion (doc. 54). The District Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED** this 7th day of April, 2010.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS